## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE CONFEDERATED TRIBES OF THE
WARM SPRINGS RESERVATION OF
OREGON, a federally recognized Indian tribe,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 1:19-cv-01960-RAH

**PLAINTIFF'S NOTICE OF
SETTLEMENT IN RELATED
LITIGATION; STATUS
REPORT; AND [PROPOSED]
ORDER**

Plaintiff The Confederated Tribes of the Warm Springs Reservation of Oregon (the "Tribe") submits the following status report, pursuant to the Order of this Court dated May 22, 2020 ("May 22, 2020 Order"), ECF No. 9. That Order granted the Tribe's unopposed motion to stay the proceedings pending the conclusion of ongoing settlement negotiations in related litigation, *The Confederated Tribes of the Warm Springs Reservation of Oregon v. Vanport International, Inc.,* No. 3:17-cv-01649-HZ (D. Or.) ("Related Litigation").

The parties in the Related Litigation—the Tribe and Vanport International, Inc.—have fully executed a formal settlement agreement resolving all of the claims in the Related Litigation, effective June 8, 2020 ("Settlement Agreement"). A joint motion for entry of the Settlement Agreement as an order was filed on June 12, 2020. Attached as Exhibit 1 is a court order granting that motion on June 17, 2020. The Settlement Agreement was filed under seal. It contemplates several additional steps to be taken by the parties before the final resolution and dismissal of the Related Litigation with prejudice. *See* Exh. 1. Based on currently available information, the Tribe anticipates that the parties will take the remaining settlement steps and will be prepared to seek final dismissal of the Related Litigation, with prejudice, within the next sixty (60) days.

W1512.0\1612373_3

Given the foregoing, the Tribe respectfully requests that the current temporary stay of litigation in this action continue for another sixty (60) days, to and including August 24, 2020, so that the parties in the Related Litigation can undertake and complete the remaining settlement steps and proceed to final dismissal with prejudice of the Related Litigation. Counsel for the Tribe and the United States will confer, and the Tribe will submit another report about the status of the Related Litigation by August 24, 2020 as directed in this Court's May 22, 2020 Order (ECF No. 9). The status report will set forth the Tribe's (or, if appropriate, the parties') proposal for next steps in this case.

A proposed order continuing the stay is submitted for the Court's consideration. Undersigned counsel for the Tribe conferred with counsel for the United States about this Notice of Settlement in Related Litigation and Status Report on June 19 and 22, 2020, and about the proposed order on June 22, 2020. The United States' counsel informed counsel for the Tribe on June 22 that the United States does not oppose a continuation of the temporary stay of litigation in this case, and that it has no objections to the proposed order.

DATED this 22 day of June, 2020.

*s/ Josh Newton*
Josh Newton, Attorney of Record
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
TEL: (541) 382-3011
FAX: (541) 383-3073

Of Attorneys for Plaintiff

W1512.0\1612373_3

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**THE CONFEDERATED TRIBES OF THE**
**WARM SPRINGS RESERVATION OF**
**OREGON**, a federally-recognized Indian tribe,

     Plaintiff,

  v.

**VANPORT INTERNATIONAL, INC.**, an
Oregon corporation,

     Defendant.

Case No. 3:17-cv-01649-HZ

ORDER

THIS MATTER is before the Court on the Unopposed Joint Motion for Entry of

Settlement and Release Agreement as an Order; the parties filed the motion for the purpose of

obtaining an Order of the Court requiring that the Settlement Funds (as defined in the parties'

Settlement and Release Agreement) be deposited, pursuant to 25 C.F.R. § 115.705, in a trust

account maintained by United States for the benefit of plaintiff The Confederated Tribes of the

Warm Springs Reservation of Oregon ("Tribe") as funds derived directly from trust resources.

Page - 1 ORDER

W431.1(g)\1607363_2

**Exhibit 1**
**Page 1 of 2**

Having considered the parties' motion and being fully advised in its premises,

THE COURT HEREBY ORDERS:

1.      The Agreement is entered as an Order of this Court. The Settlement Funds are

required to be deposited in a trust account maintained by United States for the benefit of the

Tribe as funds derived directly from trust resources.

IT IS SO ORDERED:

_____

Hon. Marco A. Hernandez
U.S. District Judge

June 17, 2020

Page - 2 ORDER

W431.1(g)\1607363_2

Exhibit 1
Page 2 of 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE CONFEDERATED TRIBES OF         )
THE WARM SPRINGS RESERVATION       )
OF OREGON,                         )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )     No. 19-1960 L
                                   )
THE UNITED STATES OF AMERICA,      )
                                   )
     Defendant.                    )
_____    )

## (PROPOSED) ORDER

This matter is before the Court on the Notice of Settlement in Related Litigation and the Status Report of Plaintiff Confederated Tribes of the Warm Springs Reservation. Upon consideration of Plaintiff's Notice of Settlement and Status Report and for good cause shown, it is hereby ORDERED that

1.     The temporary stay of litigation in this case is and should be CONTINUED until further order of this Court.

2.     Plaintiff shall submit a status report on August 21, 2020 (and if necessary every 60 days thereafter), describing the status of the remaining settlement activities to be undertaken by the parties in the related litigation, *The Confederated Tribes of the Warm Springs Reservation v. Vanport International, LLC,* No. 3:17-cv-01649-HZ (D. Ore.), and setting forth Plaintiff's— or, if appropriate, Plaintiff and the United States' joint—proposal for next steps in this case.

SO ORDERED.


Dated: _____     _____
                                              RICHARD A. HERTLING
                                            Judge, United States Court of Federal Claims

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2020, I used the ECF system and electronically transmitted the forgoing document to the Clerk of the Court of Federal Claims for filing and transmittal of a Notice of Electronic filing to the ECF registrants in this case.

*s/ Josh Newton*
Josh Newton, Attorney of Record
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
TEL: (541) 382-3011
FAX: (541) 383-3073

Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE                                          W1512.0\1612373_3